UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      vs.                      )      CASE NO. 08-85-JJF
                               )
STACEY BAISDEN,                )
                               )
            Defendant.         )

**O R D E R**

    This **26**<sup>TH</sup> day of **JUNE 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **JULY 10**<sup>TH</sup>**, 2008.** Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

 

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney