## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-85-JJF |
| | ) | |
| STACEY BAISDEN, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO SET HEARING DATE

**NOW COMES** the United States, by and through its attorney Colm F. Connolly, United States

Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney, and

the defendant, Stacey Baisden, by and through her attorney, Luis A. Ortiz, and hereby moves for the

Court to schedule a Status Hearing in this matter in early November 2008. For the reasons set forth to

the Court at a Scheduling Conference held today, August 13, 2008, the parties submit that the interests

of justice militate in favor of scheduling such a hearing during this time frame and respectfully request

that the time between the filing of this motion and the date of the hearing be tolled under the Speedy

Trial Act, 18 U.S.C. §§ 3161(h)(1)(F) & (h)(8).

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

_/s/ Luis A. Ortiz_____

Luis A. Ortiz
Attorney for the Defendant

_/s/ Christopher J. Burke_____

By: Christopher J. Burke
Assistant United States Attorney

Dated: August 13, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-85-JJF |
| | ) |
| STACEY BAISDEN, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Now this _____ day of _____ 2008, having considered the parties' Joint Motion to Set Hearing Date, **IT IS ORDERED** that the motion is **GRANTED** and that a Status Hearing shall commence on_____, at _____ in _____.

**IT IS FURTHER ORDERED** that the time between _____, and _____, shall be excluded under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(1)(F) & (h)(8).


_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

2