IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 08-85-JJF |
| STACEY BAISDEN, | ) ) ) |
| Defendant. | ) ) |

### ORDER

Now this __25__ day of __August__ 2008, having considered the parties' Joint Motion to Set Hearing Date, **IT IS ORDERED** that the motion is **GRANTED** and that a Status Hearing shall commence on __November 5, 2008__, at __4:30 p.m__ in __Courtroom 4B__.

**IT IS FURTHER ORDERED** that the time between __August 13, 2008__, and __November 5, 2008__, shall be excluded under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(1)(F) & (h)(8).

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

2